# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV2267 CDP |
| ) | |
| MARTEZ STEPHENSON, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiff has filed a motion for default judgment, and has established the right to obtain a default judgment in the amount of $100,000, plus reasonable attorneys fees and costs. I have not signed plaintiff's proposed form of judgment, however, for several reasons. Plaintiff seeks $15,000 in attorneys fees, which may or may not be reasonable, but I have no basis for deciding whether that amount is reasonable. Plaintiff should file an appropriate motion for attorneys fees under the provisions of the local rule, and should also file an appropriate bill of costs. Additionally, plaintiff asked for interest at the rate of 9%, but has provided no legal authority for that request. All federal judgments draw interest at the federal rate, so there is no need to include interest in the judgment form. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff J&J Sports Productions, Inc.'s motion for default judgment [#13] is granted in part, and a Default Judgment in the

amount of $100,000, together with costs and attorney's fees will be entered this same date. Plaintiff must file its request for its specific attorneys' fees and costs by the date set by Local Rule.

                                                          CATHERINE D. PERRY
                                                          UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2011.